MAYFLOWER INDUSTRIES, PLAINTIFF-APPELLANT, v. THOR CORPORATION, AN ILLINOIS CORPORATION, AND TELDISCO, INC., A NEW JERSEY CORPORATION, DEFENDANTS-RESPONDENTS.

Argued June 9, 1952—Decided June 16, 1952.

*Mr. Meyer E. Ruback* argued the cause for the appellant (*Messrs. Ruback, Albach & Weisman* and *Mr. Alfred C. Clapp,* attorneys).

*Mr. Thomas J. Brogan* argued the cause for the respondent Thor Corporation.

*Mr. Sol D. Kapelsohn* argued the cause for the respondent Teldisco, Inc. (*Messrs. Kapelsohn, Lerner, Leuchter & Reitman,* attorneys).

PER CURIAM. The orders will be affirmed for the reasons expressed in the opinions of Judge Francis in the court below.

*For affirmance*—Chief Justice VANDERBILT, and Justices OLIPHANT, WACHENFELD, BURLING, JACOBS and BRENNAN —6.

*For reversal*—None.